UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JAMIE RICE,

              Plaintiff,

    - against -

RANDY J. SCHAEFER; THE MARGOLIN AND
WEINREB LAW GROUP, LLP; GUSTAVIA HOME,
LLC; JARED DOTOLI; CROSBY CAPITAL USA;
YONEL DEVICO,

              Defendants.

------------------------------------------------------------------------X

**JUDGMENT**
17-CV-2782 (RRM) (PK)

A Memorandum and Order of the undersigned having been issued this day directing the

Clerk of Court to enter judgment accordingly and to close this case, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the plaintiff take nothing of the

defendants, that all claims brought by the plaintiff are dismissed, and that this case is hereby

closed.

Dated: Brooklyn, New York
         Nov 9  , 2018

s/ Roslynn R. Mauskopf

_____
ROSLYNN R. MAUSKOPF
United States District Judge